```
               UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF MICHIGAN
                     SOUTHERN DIVISION
```

GERMAIN SKINNER,

       Petitioner,

v                                  Case No. 06-12350

BARRY McLEMORE,             DISTRICT JUDGE ARTHUR J. TARNOW

       Respondent.           MAG. JUDGE PAUL J. KOMIVES

_____/

## **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; GRANTING MOTION TO EXPAND THE RECORD**

Before the Court is Magistrate Judge Komives' Report and Recommendation [Docket #58] filed August 13, 2007. The Magistrate Judge recommends that this Court deny petitioner's application for the writ of habeas corpus. Petitioner filed objections on August 30, 2007 and amended objections on October 10, 2007.

Having reviewed the file, the Report and Recommendation and the objections the Court **ADOPTS** the Report and Recommendation as the findings and conclusions of the Court. Accordingly, petitioner's application for the writ of habeas corpus is **DENIED.**

IT IS FURTHER ORDERED that the petitioner's motion for expansion [Docket #64] of the record is **GRANTED.**

                                        s/Arthur J. Tarnow
                                        Arthur J. Tarnow
                                        United States District Judge

Dated: March 7, 2008

I hereby certify that a copy of the foregoing document was served upon parties/counsel of record on March 7, 2008, by electronic and/or ordinary mail.

                                              s/Catherine A. Pickles
                                              Judicial Secretary